**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Alan K. Breaud                    Timothy Wayne Basden
Breaud & Meyers                   Breaud & Meyers
P. O. Drawer 3448                 P.O. Drawer 3448
Lafayette LA 70502                Lafayette LA 70502

**REHEARING ACTION: December 5, 2012**

**Docket Number: 12   00617-CW**

**AMY LANDRY**
**VERSUS**
**EMILE D. BROUSSARD, M.D.,**
**ET AL.**

**Writ Application from Vermilion Parish Case No. C-93129**

<u>**BEFORE JUDGES**</u>:

   Hon. Oswald A. Decuir
   Hon. Jimmie C. Peters
   Hon. Elizabeth A. Pickett

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Emile D. Broussard, M.D., et al** has this day been

   **DENIED.**
   Pickett, J., would grant rehearing.

cc: Christopher Luke Edwards, Counsel for the Respondent